DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cr-0002 |
| DEAN THOMPSON, | ) |
| Defendant. | ) |

ORDER TO SHOW CAUSE

**BEFORE THE COURT** is the Court's March 8, 2022 order requiring the parties to file a notice with the Court indicating their readiness for trial by March 11, 2022. (ECF No. 19.) The United States of America has complied with this order. (ECF No. 21.) Defendant Dean Thompson has not.

The premises considered, it is hereby

**ORDERED** that, **no later than Thursday, March 17, 2022**, Attorney Williams **SHALL SHOW CAUSE** in writing as to why he should not be sanctioned for failure to comply with the Court's March 8, 2022 Order.

Dated: March 14, 2022

/s/ Robert A. Molloy
ROBERT A. MOLLOY
Chief Judge