DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cr-0002 |
| ) | |
| **DEAN THOMPSON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the trial in this matter, currently scheduled for March 21, 2021. For the reasons stated herein, the time to try this case is extended up to and including April 25, 2022.

During the status conference held on March 16, 2022, counsel for Defendant Dean Thompson ("Defendant") expressed that he had been unable to meet with Defendant due to a medical condition. Consequently, Defendant requests a five-week continuance in order review discovery and prepare for trial.

While the Speedy Trial Act requires that defendants be tried within seventy days of indictment, the Court specifically finds that extending this period would be in the best interest of justice. Here, an extension is necessary due to the Defendant's counsel's medical condition as stated on the record during the March 16, 2022 status conference. *See United States v. Fields*, 39 F.3d 439, 444 (3d Cir. 1994); *United States v. Dota*, 33 F.3d 1179(9th Cir. 1994) ("An ends of justice continuance may be justified on grounds that one side needs more time to prepare for trial [even if the] case [i]s not 'complex.'");*United States v. Bush,* 741 F. App'x 110, 117 (3d Cir. 2018)(upholding a continuance granted to accommodate the defendant's counsel's "serious medical needs")

The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order granting an extension through April 25, 2022, **SHALL** be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

*United States v. Thompson*
Case No.: 3:21-cr-0002
Order
Page 2 of 2

**ORDERED** that the parties **SHALL** file and serve a pre-trial brief no later than April 18, 2022, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

**ORDERED** that the parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than April 21, 2022;[1] and it is further

**ORDERED** that the jury selection and trial in this matter **SHALL** commence promptly at 9:00 a.m. on April 25, 2022, in St. Thomas Courtroom 1.

**Dated:** March 17, 2022            /s/*Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **Chief Judge**

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.